JOSEPH M. GOETHALS (SBN 242889)
joe@gostlaw.com
CHARLES P. STONE (SBN 224897)
charles@gostlaw.com
DAVID G. HOLLENBERG (SBN 325408)
dave@gostlaw.com
**GOETHALS & STONE, PC**
330 Primrose Road, Suite 614
Burlingame, CA 94010
Telephone: (650) 218-4319
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN AG DOE, JOHN AP DOE, JOHN JE DOE, JOHN JG3 DOE, JOHN JR DOE, JOHN KL DOE, JOHN NZ DOE, JOHN SH DOE, JOHN VB DOE, JOHN VE DOE, JOHN IF DOE, AND JOHN MB DOE,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN MATEO AND DOES 1-100, INCLUSIVE,<br><br>    Defendants. | Case No. 3:26-cv-06838-TSH<br><br>~~PROPOSED~~ **ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO PROCEED BY PSEUDONYM** |

## I.    INTRODUCTION

Plaintiffs apply to proceed by pseudonym in this action alleging they were victims of child sex abuse and assault while in the care and custody of Defendant County of San Mateo's (hereinafter, the "County")'s probation department.

## II.    LEGAL STANDARD

The Ninth Circuit permits litigants, particularly plaintiffs, to use pseudonyms "in the 'unusual case' when nondisclosure of the party's identity 'is necessary to protect a person from harassment,

- 1 -

**PROPOSED ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO PROCEED BY PSEUDONYM**

injury, ridicule or personal embarrassment." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058-1067-68 (9th Cir. 2000) (quoting *United States v. Doe*, 655 F.2d 920, 922 n.1 (9th Cir. 1981)).

"[A] party may preserve his or her anonymity in judicial proceedings in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Advanced Textile Corp.*, 214 F.3d at 1068. "Courts have generally permitted plaintiffs to proceed anonymously when their claims involved allegations of sexual assault or rape." *Doe v. Rose*, 2016 WL 9137645, at *1 (C.D. Cal. June 17, 2016) (collecting cases); *see e.g. J.I. v. United States*, 2018 WL 1474355, at *2 (E.D. Cal. Mar. 26, 2018 (collecting cases); *see also Doe H.C. v. Roblox Corp.*, 2025 WL 2721688 (N.D. Cal. Sep. 24, 2025) (allowing Plaintiff to proceed anonymously because claims involved grooming, manipulation, and sexual exploitation of a minor).

## III.    DISCUSSION

Plaintiffs allege that they were victims of child sex abuse and assault by deceased County employee and former juvenile probation officer John Domeniconi. ECF 1. The Court finds that based on the nature of the issues in this litigation, Defendants will not be prejudiced by Plaintiffs' use of pseudonyms, as they have committed to disclosing their true identities to Defendants during the course of this litigation in pre-trial discovery. The Court further finds that there is good cause at this time to allow plaintiffs to proceed pseudonymously.

## IV.    CONCLUSION AND ORDER

Based on the Court's review of Plaintiffs' application, the Court ORDERS that Plaintiffs' ex parte application to proceed under pseudonyms is hereby GRANTED.

Dated:    July 6, 2026          By: _____
                                THOMAS S. HIXSON
                                UNITED STATES MAGISTRATE JUDGE

- 2 -

**PROPOSED ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO PROCEED BY PSEUDONYM**