JOHN D. NIBBELIN, COUNTY COUNSEL (SBN 184603)
By: Joseph F. Charles, Deputy County Attorney (SBN 228456)
500 County Center, 4th Floor
Redwood City, CA 94063
Telephone: (650) 363-4250
Facsimile: (650) 363-4034
E-mail: jcharles@smcgov.org

Attorneys for Defendant
COUNTY OF SAN MATEO

Joseph M. Goethals (SBN 242889)
Charles P. Stone (SBN 224897)
David G. Hollenberg (SBN 325408)
GOETHALS & STONE, PC
330 Primrose Road, SUITE 614
Burlingame, CA 94010
Telephone (650) 218-4319
Email: joe@gostlaw.com
Email: charles@gostlaw.com
Email: dave@gostlaw.com

Attorneys for Plaintiffs
JOHN AG DOE, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN AG DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO; STUART FORREST; JOSE VILLEGAS; EDWARD D. TAYLOR; SHERALYN FREITAS; MICHAEL STAUFFER; REGINA WILSON-HENRY; BONNIE MACASKILL; RHONDA COLLINS; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 3:26-cv-06838-CRB<br><br>**STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT** : ORDER<br><br>THE HONORABLE CHARLES R. BREYER |

Pursuant to Civil Local Rule 6-l(a), Defendants COUNTY OF SAN MATEO, STUART FORREST, JOSE VILLEGAS, EDWARD D. TAYLOR, SHERALYN FREITAS, MICHAEL

STAUFFER, REGINA WILSON-HENRY, BONNIE MACASKILL, and RHONDA COLLINS, collectively referred to herein as "County Defendants,") and Plaintiffs JOHN AG DOE, JOHN AP DOE, JOHN AS DOE, JOHN JE DOE, JOHN JG3 DOE, JOHN JR DOE, JOHN KL DOE, JOHN NZ DOE, JOHN SH DOE, JOHN VB DOE, JOHN VE DOE, JOHN IF DOE, and JOHN MB DOE ("Plaintiffs"), by and through their respective counsel of record, submit the following stipulation to extend Defendants' time to respond to Plaintiffs' Complaint, as follows:

WHEREAS, Plaintiffs filed the Complaint in this action on July 2, 2026. The Complaint asserts federal and state law claims against the County and several current or former County employees arising from alleged conduct occurring over an extended period of time;

WHEREAS, the County was served with the Summons and Complaint on July 30, 2026. Accordingly, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(1), the County's current deadline to answer, move to dismiss, or otherwise respond to the Complaint is August 20, 2026;

WHEREAS, Defendants STUART FORREST, JOSE VILLEGAS, EDWARD D. TAYLOR, SHERALYN FREITAS, REGINA WILSON-HENRY, BONNIE MACASKILL, and RHONDA COLLINS have all recently been served with a copy of the complaint and summons but Defendant MICHAEL STAUFFER has not been served yet;

WHEREAS, the Complaint is 43 pages long, involves 13 plaintiffs, and asserts ten causes of action arising from allegations concerning events spanning multiple years. The County Defendants are likely to all be represented by the Office of the County Attorney for San Mateo County and, as such, will require additional time to review the allegations and relevant records, evaluate and prepare their response to the Complaint. The County has agreed to represent the individual Defendants but needs additional time to complete its being retained by the other individual Defendants;

WHEREAS, the parties stipulated to extending the time for the County and Defendant Macaskill to file a responsive pleading to Plaintiffs' Complaint to September 21, 2026, which is on file with the court;

WHEREAS, the parties have met and conferred on this issue and therefore agreed that Defendants' deadline to file a responsive pleading to Plaintiffs' complaint shall be extended by two weeks, from September 21, 2026 to **October 5, 2026**;

WHEREAS, this extension is requested in good faith and is not sought for purposes of delay and Plaintiffs will not be prejudiced by the requested extension;

WHEREAS, this extension will not alter the date of any deadline already fixed by the Court;

NOW THEREFORE, pursuant to Civil Local Rule 6-1, the parties stipulate that the County Defendants shall have up to and including October 5, 2026, to file a responsive pleading to Plaintiffs' Complaint.

IT IS SO STIPULATED.

Dated: September 15, 2026

Respectfully submitted,

JOHN D. NIBBELIN, COUNTY COUNSEL

By: ______________________________
Joseph F. Charles, Deputy County Counsel

Attorneys for All DEFENDANTS

Dated: September 16, 2026

Respectfully submitted,

GOETHALS & STONE, PC

By: ______________________________
Joseph M. Goethals, Esq.
Charles P. Stone, Esq.
David G. Hollenberg, Esq.

Attorneys for Plaintiffs
JOHN AG DOE, et al.

**GOOD CAUSE APPEARING; IT IS SO ORDERED.**

Dated: September 27, 2026

______________________________
The Honorable Judge Charles R. Breyer