JOSEPH M. GOETHALS (SBN 242889)
joe@gostlaw.com
CHARLES P. STONE (SBN 224897)
charles@gostlaw.com
DAVID G. HOLLENBERG (SBN 325408)
dave@gostlaw.com
**GOETHALS & STONE, PC**
330 Primrose Road, Suite 614
Burlingame, CA 94010
Telephone: (650) 218-4319
*Attorneys for Plaintiffs AG DOE, et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**JOHN AG DOE, JOHN AP DOE, JOHN AS DOE, JOHN JE DOE, JOHN JG3 DOE, JOHN JR DOE, JOHN KL DOE, JOHN NZ DOE, JOHN SH DOE, JOHN VB DOE, JOHN VE DOE, JOHN IF DOE, AND JOHN MB DOE,**

Plaintiffs,

v.

**COUNTY OF SAN MATEO; STUART FORREST; JOSE VILLEGAS; EDWARD D. TAYLOR; SHERALYN FREITAS; MICHAEL STAUFFER; REGINA WILSON-HENRY; BONNIE MACASKILL; RHONDA COLLINS; AND DOES 1-100, INCLUSIVE,**

Defendants.

Case No. 3:26-cv-06838-CRB

**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR PLAINTIFFS' OPPOSITION AND DEFENDANTS' REPLY ON DEFENDANTS' MOTION TO DISMISS (ECF NO. 29); DECLARATION OF DAVID G. HOLLENBERG IN SUPPORT**

[Civil L.R. 6-2, 7-12]

Hearing: January 15, 2027
Time: 10:00 a.m.
Ctrm: 6, 17th Floor
Judge: Hon. Charles R. Breyer

Plaintiffs John AG Doe, John AP Doe, John AS Doe, John JE Doe, John JG3 Doe, John JR Doe, John KL Doe, John NZ Doe, John SH Doe, John VB Doe, John VE Doe, John IF Doe, and John MB Doe ("Plaintiffs"), and Defendants County of San Mateo, Stuart Forrest, Jose Villegas, Edward D. Taylor, Sheralyn Irving Freitas, Michael Stauffer, Regina Wilson-Henry, Bonnie MacAskill, and Rhonda Collins (collectively, the "County Defendants"), by and through their counsel of record, submit this stipulation pursuant to Civil Local Rules 6-2 and 7-12 and Federal Rule of Civil Procedure 6(b)(1)(A), and stipulate as follows:

**WHEREAS**, Plaintiffs filed their Complaint on July 2, 2026 (ECF No. 1), and on July 6, 2026, the Court granted Plaintiffs leave to proceed under pseudonyms (ECF No. 6);

**WHEREAS**, by stipulation of the parties, the County Defendants' deadline to respond to the Complaint was extended to October 5, 2026 (ECF No. 27);

**WHEREAS**, on October 5, 2026, the County Defendants filed and served their Motion to Dismiss Claims and Certain Plaintiffs Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 29) (the "Motion"), noticed for hearing on November 20, 2026;

**WHEREAS**, under Civil Local Rule 7-3(a), Plaintiffs' opposition to the Motion is currently due October 19, 2026, and under Civil Local Rule 7-3(c), the County Defendants' reply is due seven days after the opposition is filed;

**WHEREAS**, on October 7, 2026, the Court vacated the Case Management Conference previously set for November 13, 2026 and reset the hearing on the Motion to January 15, 2027, at 10:00 a.m. (ECF No. 30);

**WHEREAS**, the Motion raises issues that depend on facts specific to each of the thirteen Plaintiffs, and as a result Plaintiffs require additional time to oppose the Motion;

**WHEREAS**, because the hearing on the Motion has been reset to January 15, 2027, briefing on the Motion will be complete more than seven weeks before the hearing under the requested schedule;

**WHEREAS**, the requested extension will not alter the hearing date on the Motion or any other date fixed by Court order;

**NOW, THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court order as follows:

1. Plaintiffs' opposition to the County Defendants' Motion to Dismiss shall be filed and served on or before November 13, 2026.

2. The County Defendants' reply in support of the Motion shall be filed and served on or before November 20, 2026.

3. The hearing on the Motion shall remain set for January 15, 2027, at 10:00 a.m., in Courtroom 6, 17th Floor, of the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California.

4. This stipulation is entered into without prejudice to any party's claims, defenses, or arguments, including the arguments presented in the Motion.

**IT IS SO STIPULATED.**

DATED: October 15, 2026

**GOETHALS & STONE, PC**

By: */s/ David G. Hollenberg*
JOSEPH M. GOETHALS
CHARLES P. STONE
DAVID G. HOLLENBERG
*Attorneys for Plaintiffs*

DATED: October 15, 2026

**JOHN D. NIBBELIN, COUNTY COUNSEL**

By: */s/ Joseph F. Charles*
JOSEPH F. CHARLES, Deputy
*Attorneys for Defendants County of San Mateo, Stuart Forrest, Jose Villegas, Edward D. Taylor, Sheralyn Irving Freitas, Michael Stauffer, Regina Wilson-Henry, Bonnie MacAskill, and Rhonda Collins*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, David G. Hollenberg, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: October 15, 2026

*/s/ David G. Hollenberg*
DAVID G. HOLLENBERG

**DECLARATION OF DAVID G. HOLLENBERG**

I, David G. Hollenberg, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and admitted to practice before this Court. I am an attorney with Goethals & Stone, PC, counsel of record for Plaintiffs in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them. I submit this declaration pursuant to Civil Local Rule 6-2(a) in support of the foregoing stipulation.

2. The County Defendants' Motion (ECF No. 29) seeks dismissal of Plaintiffs' claims under 42 U.S.C. § 1983 and California Civil Code § 52.1 as time-barred; dismissal of all claims against the County of San Mateo under California Government Code § 844.6; dismissal of all claims of three Plaintiffs on the ground that the conduct alleged occurred while each was in custody; and dismissal of five Plaintiffs for failure to state a claim. Each of those arguments turns on facts specific to the individual Plaintiffs, including where, when, and under what custodial status the conduct alleged by each Plaintiff occurred, and the circumstances bearing on the accrual of each Plaintiff's claims.

3. There are thirteen Plaintiffs. Each alleges that he was sexually abused as a minor, many years ago, while under the supervision of the San Mateo County Probation Department. Plaintiffs' counsel requires additional time to confer with each Plaintiff individually, with the care that conversations of this nature require, and to review the relevant records, in order to oppose the Motion.

4. Under the current schedule, Plaintiffs' opposition is due October 19, 2026, which does not allow sufficient time to complete the work described in paragraph 3. Because the Court has reset the hearing on the Motion to January 15, 2027, the requested extension can be accommodated without any change to the hearing date.

5. On October 15, 2026, I conferred with Joseph F. Charles, Deputy County Counsel, counsel for the County Defendants, who agreed to the extension set forth in the foregoing stipulation.

6. The following time modifications have previously been made in this action: (a) by stipulation of the parties, the County Defendants' deadline to respond to the Complaint was extended to October 5, 2026 (ECF No. 27); and (b) on October 7, 2026, the Court vacated the Case

Management Conference previously set for November 13, 2026 and reset the hearing on the Motion from November 20, 2026, to January 15, 2027 (ECF No. 30). There have been no other time modifications in this action.

7. The requested extension will not affect the January 15, 2027 hearing date or any other date fixed by Court order. Under the proposed schedule, briefing on the Motion will be complete on November 20, 2026, more than seven weeks before the hearing. No Case Management Conference is currently set. No trial date or other case deadlines have been set.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 15, 2026, at Burlingame, California.

*<u>/s/ David G. Hollenberg</u>*
DAVID G. HOLLENBERG

**~~PROPOSED~~ ORDER**

Pursuant to the foregoing stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' opposition to Defendants' Motion to Dismiss (ECF No. 29) shall be filed on or before November 13, 2026.

2. Defendants' reply in support of the Motion shall be filed on or before November 20, 2026.

3. The hearing on the Motion to Dismiss remains set for January 15, 2027, at 10:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 15, 2026

HON. CHARLES R. BREYER
United States District Judge